IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VIRGINIA MARTINEZ-CHAVEZ,

    Plaintiff,

v.                                                                  No. 18-cv-0147 SCY/SMV

WAL-MART STORES EAST INC., STORE #831, and
THOMAS CARROLL,

    Defendants.

**ORDER GRANTING
PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST
AMENDED COMPLAINT, AND TO DISMISS DEFENDANT
THOMAS CARROLL WITHOUT PREJUDICE**

This matter having come before the Court on Plaintiff's Unopposed Motion for Leave to File Plaintiff's First Amended Complaint, and to Dismiss Defendant Thomas Carroll Without Prejudice, the Court finds:

1. The Motion is well-taken and is hereby granted;

2. Plaintiff may file her First Amended Complaint;

3. Defendant Thomas Carroll is hereby dismissed without prejudice; and

4. The Order to Show cause (Doc. 10) is moot.

It is so ordered.

                                                                   Hon. Stephan M. Vidmar
                                                                   U.S. Magistrate Judge

Form of Order respectfully submitted by:

GARRETT LAW


By: ___/S/ Aaron Garrett___
AARON GARRETT
6739 Academy Rd NE #350
Albuquerque, NM 87109
(505) 242-1920 – Telephone
(505) 242-0508 – Facsimile
Attorney for Plaintiff

And by:

JACKSON LAW, LLC

_/s/ Wesley C. Jackson_____
Wesley C. Jackson
Co-counsel for Plaintiff
1121 4th Street NW, Suite 1A
Albuquerque, NM 87102
Tel: (505) 881-7676; Fax: (505) 998-6603
Email: Wes@LegalActionNM.com

And approved as to form by:

Modrall, Sperling, Roehl, Harris & Sisk, P.A.


*Approved via Email 5-31-18*_____
Megal T. Muirhead, Esq.
Tomas J. Garcia, Esq.
*Attorneys for Wal-Mart Stores East, L.P.*
500 4th Street NW, Suite 1000
Albuquerque, NM 87102
Tel: (505) 848-1800
Email: megan.muirhead@modrall.com
          Tomas.garcia@modrall.com